IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WILLIAM PAUL BURCH, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:18-CV-2731-M-BH |
| | § | |
| FREEDOM MORTGAGE | § | |
| CORPORATION, LOAN CARE | § | |
| SERVICING CENTER, AND | § | |
| JPMORGAN CHASE BANK, | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Plaintiff's Motion for Stay*, filed October 31, 2018 (doc. 7), and *Plaintiff's Motion to Stay*, filed December 20, 2018 (doc. 46), are construed as a motion for a temporary restraining order (TRO) and a request for preliminary injunction, and they are **DENIED**.

**SIGNED** this 16th day of July, 2019.

BARBARA M. G. LYNN
CHIEF JUDGE